IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY M. DEMKO,<br>　　　　Plaintiff | :　CIVIL ACTION<br>:<br>: |
| VS. | :<br>: |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant | :<br>:<br>:　NO. 08-2470 |

FILED

AUG 20 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

BERLE M. SCHILLER, J.

AND NOW, this 20 day of July 2009, upon consideration of the plaintiff's request for review, and defendant's response to request for review, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED IN PART and DENIED IN PART;

3. The case is REMANDED to the Commissioner for purposes of calculating benefits.

It is so ORDERED
BY THE COURT:

_____
BERLE M. SCHILLER, J.